FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SEP 1 4 2007

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CLERK |
|  | ) | U. S. DISTRICT COURT |
| v. | ) | CR. NO. **2:07-CR-213-MEF** MIDDLE DIST. OF ALA. |
|  | ) | [18 USC 922(g)(1)] |
| WILLIAM FRIENDLY, III | ) | |
|  | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about August 31, 2007, in Montgomery County, within the Middle District of

Alabama,

WILLIAM FRIENDLY, III,

defendant herein, having been convicted of the following felony offense, a crime punishable by

imprisonment for a term exceeding one year under the laws of the State of Alabama, to-wit:

February 11, 1999, Receiving Stolen Property 1st, Case Number CC1998-002129, in

the Circuit Court of Montgomery County, Alabama;

did knowingly possess in and affecting commerce ammunition, to-wit:

two live rounds of CCI, .45 caliber ammunition, a better description of which is

unknown to the grand jury;

in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
Matthew W. Shepherd
Assistant United States Attorney