IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-213-MEF |
| | ) | |
| WILLIAM FRIENDLY, III | ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum, filed September 25, 2007, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to St. Clair Correctional Facility, Springville, Alabama, commanding it to deliver William Friendly, III, to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on October 31, 2007, at 10:30 a.m., and to return the prisoner to said official when the court shall have finished with him.

DONE this the 26th day of September, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE