IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )  CRIMINAL NO. 2:07CR-213-MEF |
| | ) |
| WILLIAM FRIENDLY, III | ) |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE WARDEN AND/OR KEEPER OF THE  **ST. CLAIR CORRECTIONAL FACILITY**

and                                                                 AT  **SPRINGVILLE, ALABAMA**

TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF ALABAMA OR ANY OTHER UNITED STATES MARSHAL:

**GREETINGS:**

We command you, that you have the body of **WILLIAM FRIENDLY, III**, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the courtroom of said court, in the city of **Montgomery** on **October 31, 2007** at **10:30 a.m.**, to answer charges pending in said court and for such other proceedings as may appear proper to the Court, and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

**BY ORDER OF THE COURT**

DONE, this the 26th day of September, 2007.

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

BY: _____
        DEPUTY CLERK

*[Stamped: RETURNED UNEXECUTED / RETURNED AND FILED / OCT 16 2007 / CLERK U.S. DISTRICT COURT MIDDLE DIST. OF ALA.]*

*[Handwritten: 10/12/07 Picked up by Jail Montgomery Co Jail to be prosecuted.]*