IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 2:07CR213-MEF |
| WILLIAM FRIENDLY, III | ) | |

**ORDER**

For good cause,

It is ORDERED that, pursuant to the Defendant's oral *Motion to Continue Guilty Plea Hearing* made in open court on Wednesday, April 2, 2008, the hearing currently set for said date is **reset for Thursday, 4/3/2008 at 3:30 p.m.** in Courtroom 4A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge. If the defendant is in custody, the United States Marshal shall arrange for the defendant's appearance at this proceeding.

DONE, this 2nd day of April, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATE MAGISTRATE JUDGE