IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN    DIVISION

UNITED STATES OF AMERICA          )
                                  )
         vs.                      )          CR NO.   2:07CR213-MEF
                                  )
WILLIAM FRIENDLY, III             )

## CONSENT

I,      William Friendly, III, hereby declare my intention to enter a plea of guilty

in the above case, and after conferring with my attorney, hereby consent to have a United States

Magistrate Judge conduct the proceedings required by Rule 11 of the Federal Rules of Criminal

Procedure incident to the making of such a plea and to adjudicate me guilty based on my plea of

guilty. I understand that the District Judge to whom this case is assigned will decide later whether

to accept or reject any plea agreement I may have with the United States and will impose

sentence.

DONE, this the ___3rd___ Day of ___April_____, 2008.


_____
DEFENDANT

_____
ATTORNEY FOR DEFENDANT